AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 14 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Trenton Ferrell Williams,<br>Joe Edward Johnson II, and<br>David Dewayne Gilliam a/k/a Dwayne Gilliam<br><br>*Defendant(s)* | )<br>)<br>)<br>)   Case No. 1:17mj561-RHW<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12, 2017__ in the county of __Jackson__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | Possession With Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Affidavit, which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Cotter, DEA Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/14/2017__

_____
~~Judge's~~ signature
Court Clerk

City and state: __Gulfport, MS__   Sandra G. Ryan, Courtroom Deputy Clerk
*Printed name and title*

# Affidavit in Support
# Of
# Criminal Complaint

Defendants:
*Trenton Ferrell WILLIAMS,*
*Joe Edward JOHNSON II,*
*David Dewayne GILLIAM, a/k/a Dwayne GILLIAM*

Your Affiant, William Cotter, being duly sworn, deposes and states the following:

## Introduction

I am a Task Force Agent with the Drug Enforcement Administration (DEA), Tactical Diversion Squad. My parent agency is the Waveland Police Department, where I hold the rank of Detective in the Narcotics Division. I am currently assigned as a Task Force Agent with the Drug Enforcement Administration's Gulfport Resident Office (GRO). The DEA Task Force in Gulfport, Mississippi, is made up of Special Agents from the DEA, Special Agents from Homeland Security Investigations (HSI), Agents from the Mississippi Bureau of Narcotics (MBN), and Detectives from the Police Departments of Biloxi, Harrison County, Jackson County, Gulfport, Long Beach, and Waveland. I have been assigned to the DEA Task Force in Gulfport, Mississippi for approximately 7 months. Prior to assignment at the Tactical Diversion Squad, I was assigned as a Task Force Agent to the Hancock County Narcotics Task Force and prior to that as a Waveland Police Department Patrol Officer. My primary duties at the DEA/TDS include the investigation of organized narcotics traffickers of Pharmaceutical Narcotics. I have participated in numerous narcotics investigations, during the course of which I have conducted or participated in: physical and wire surveillances, including previous Title III investigations, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and drug records. I have also been the Affiant for search warrants and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payments for such drugs.

## Probable Cause Factual Basis

1. On July 12, 2017, South Mississippi Metro Enforcement Team Agent William Anderson conducted a traffic stop on a Blue Ford Fusion displaying Texas Tag: JRC0033, on Interstate 10 west bound near mile maker 63, for an improper lane change and following too closely. Agent Anderson made contact with the driver identified as Trenton Ferrell WILLIAMS.

2. Agent Anderson identified the other occupants in the vehicle as David Dewayne GILLIAM and Joe Edward JOHNSON. Agent Anderson began inquiring about the groups travel. WILLIAMS stated the trio was headed to Houston, Texas from Orlando, Florida after a weeklong vacation at Disney World. Agent Anderson then asked GILLIAM the same question, GILLIAM could not provide any details of their travels other then he was just along for the ride. Agent Anderson noticed when talking with GILLIAM, several signs of nervousness, and deception, as GILLIAM was constantly yawning, stretching, and had excessive movement. Agent Anderson also noted that JOHNSON spoke very softly and would not look directly at him.

3. Agent Anderson became aware that the vehicle was a rental car. WILLIAMS stated he had possession of the car for approximately one week. Based on the behavior of the subjects in the vehicle, Agent Anderson asked WILLIAMS for consent to search the vehicle. WILLIAMS granted consent by signing a written consent form.

4. Other Agents then arrived on scene to assist. Agents located several thousand Schedule II Pharmaceuticals, including oxymorphone, still in the bottles. The subjects were then detained. WILLIAMS, GILLIAM, and JOHNSON were transported to Jackson County Jail. The vehicle was towed from the scene.

5. On July 13, 2017 Agent's advised WILLIAMS, GILLIAM, and JOHNSON of their Miranda Rights. WILLIAMS stated he would speak with law enforcement and signed a Miranda Form. WILLIAMS stated he was only driving the vehicle and did not know about anything located inside of it. WILLIAMS stated his wife and kids were in a car following but continued towards Texas when WILLIAMS was pulled over.

6. DEA Task Force Agent William Cotter conducted a comprehensive License Plate Reader (LPR) analysis. Agent Cotter noted that 07/08/2017 at 6:45 a.m. the suspect vehicle was located on US-59 in Cleveland, Texas. On 07/10/2017 at 8:39 p.m., the suspect vehicle was located on I-10 near US Highway 69 in Beaumont, Texas. On 07/11/2017 at 12:44 a.m., the suspect vehicle was located travelling on I-12 East in the right lane in Covington, LA. This information contradicted the travel itinerary of the occupants as reported by WILLIAMS.

**CONCLUSION**

Based upon my experience as a DEA Task Force Agent and the facts listed above involving Trenton WILLIAMS, Joe JOHNSON, and David GILLIAM, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1), have been committed in the Southern District of Mississippi by WILLIAMS, JOHNSON, and GILLIAM involving the possession with intent to distribute Schedule II Pharmaceutical Narcotics. I, William Cotter, under penalty of

perjury, under the laws of the United States of America, do herby declare, certify, verify and state, that the foregoing is true and correct to the best of my knowledge.

William Cotter
Task Force Agent
Drug Enforcement Administration

Sworn and subscribed to me this 14th day of July, 2017.

SANDRA G. RYAN, COURTROOM DEPUTY CLERK